*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-12-00273-CR

Reynaldo Solis **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10915
Honorable Mary D. Roman, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  July 5, 2012

DISMISSED FOR WANT OF JURISDICTION

Appellant's notice of appeal stated he was appealing from his conviction in trial court cause number 2011CR10915. The clerk's record does not contain a judgment of conviction against appellant in cause number 2011CR10915. *See* TEX. R. APP. P. 26.2. The clerk's record contains an order dismissing cause number 2011CR10915. We therefore ordered appellant to file, on or before June 11, 2012, a response showing why this appeal should not be dismissed for want of jurisdiction. We informed appellant that if he failed to satisfactorily respond within the

time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant did not file a response or file a supplemental clerk's record.

As a general rule, an appellate court may consider appeals by criminal defendants only after conviction. *See Ex parte Shumake*, 953 S.W.2d 842, 844 (Tex. App.—Austin 1997, no pet.). There are narrow exceptions to this general rule; however, an order of dismissal is not an appealable order. *Petty v. State*, 800 S.W.2d 582, 583 (Tex App.—Tyler 1990, no pet.).

Accordingly, we dismiss this appeal for want of jurisdiction. *Id.*

PER CURIAM

DO NOT PUBLISH